IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:20MJ3017 |
| vs. | ORDER FOR DISMISSAL OF AMENDED COMPLAINT |
| LAWRENCE J. HARJO, | |
| Defendant. | |

The motion of the United States (filing no. 8) is hereby granted. It is hereby ordered that the Amended Complaint in this matter is dismissed without prejudice, as to defendant Lawrence J. Harjo.

DATED this 5th day of February, 2020.

BY THE COURT:

_____
CHERYL R. ZWART
United States Magistrate Judge